McMahon, J
Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SOROS FUND MANAGEMENT LLC,

           Plaintiff,

    v.

TRADEWINDS HOLDINGS, INC., AND
COREOLIS HOLDINGS, INC.,

           Defendants.

-----------------------------------------------------------x

**17 CV 3187**

17 Civ. _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-17

## ORDER TO SHOW CAUSE

Upon the accompanying Declaration of Martin Klotz, dated May 1, 2017; the Declaration of Maryann Canfield, dated April 27, 2017; and Plaintiff Soros Fund Management (SFM)'s Memorandum in Support of its Motion for a Preliminary Injunction and Expedited Proceedings, dated May 1, 2017, all submitted herewith, it is hereby:

ORDERED that defendants TradeWinds Holdings, Inc., and Coreolis Holdings, Inc. (collectively, "Defendants") show cause before the Honorable John F. Keenan, United States District Judge, Southern District of New York, in Courtroom 20 C, New York, New York, on May 8, 2017, at 2:15 PM or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 28 U.S.C. § 2283, 28 U.S.C. § 1651, and/or Rule 65 of the Federal Rules of Civil Procedure, enjoining the Defendants during the pendency of this action from proceeding in their action against SFM in North Carolina's General Court of Justice, Superior Court Division, Guilford County;

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants are temporarily restrained and enjoined from proceeding in their action against SFM in North Carolina's General Court of Justice, Superior Court Division, Guilford County, and that ~~all proceedings in that action are hereby held in abeyance;~~ [JFK]

ORDERED that copies of this Order to Show Cause and supporting papers, along with (JFK) Defense Counsel and the Summons and Complaint, be served by email and certified mail on Defendants no later than 4:30 PM on May 2, 2017, which shall constitute due and sufficient service and notice thereof; and it is further

ORDERED, that responsive papers, if any, be filed by May 4, 2017, by 4:30 PM (JFK) and it is further

ORDERED, that reply papers, if any, be filed by May 5, 2017, by 4:30 PM (JFK)

~~Security in the amount of $_____ will be posted by~~

Dated:   New York, New York
         May 2, 2017

John F. Keenan
UNITED STATES DISTRICT JUDGE