**WILLKIE FARR & GALLAGHER** LLP

MEMO ENDORSED

Martin Klotz
212 728 8688
mklotz@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-17

**VIA ECF**

July 18, 2017

Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

Re: *Soros Fund Management LLC v. Tradewinds Holdings, Inc., et al.*, No. 17-cv-3187 (JFK)

Dear Judge Keenan:

We write to respectfully request oral argument on Defendants TradeWinds Holdings, Inc. and Coreolis Holdings, Inc.'s Motion to Dismiss Declaratory Judgment Action, filed on June 16, 2017 (ECF 30).

Respectfully submitted,

Martin Klotz

cc: All Counsel (via ECF)

```
The application is granted.  The Court will hear argument on the motion
on Tuesday, November 14, 2017, at 11:00 AM.

SO ORDERED.

Dated: New York, New York
       September 11, 2017
```

John F. Keenan
U.S.D.J.